# Court of Appeals
# of the State of Georgia

ATLANTA,___July 27, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1962. WILLIAM D. HELM v. FULCO PROPERTIES, LLC**

This case originated as a dispossessory proceeding in magistrate court. Following an adverse ruling, defendant William Helm appealed to the superior court. On May 4, 2016, the superior court entered an order issuing a writ of possession to Fulco Properties, LLC. On May 31, 2016, Helm filed this direct appeal. We lack jurisdiction for two reasons.

First, "appeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003) (punctuation and citation omitted); see also OCGA § 5-6-35 (a) (1). Because Helm did not follow the proper procedure for requesting appellate review in this case, we lack jurisdiction over this appeal.

Second, while a notice of appeal generally may be filed within 30 days of entry of the order sought to be appealed, appeals in dispossessory actions must be filed within 7 days of the date the judgment was entered. See OCGA § 44-7-56; *Radio Sandy Springs, Inc. v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011). Here, however, Helm filed the notice of appeal in this case 27 days after the superior court's order was entered. For these reasons, this appeal is DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* _____07/27/2016_____
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*